

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00263-CR

JAMES EDWARD BURNS                                      APPELLANT

V.

THE STATE OF TEXAS                                          STATE

----------

## FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 1330419D

----------

## MEMORANDUM OPINION[1]

----------

On June 13, 2014, as part of a plea-bargain agreement, appellant James Edward Burns pleaded guilty to aggravated robbery. *See* Tex. Penal Code Ann. § 29.03(a)(3)(A) (West 2011). Following the terms of the plea bargain, the trial court sentenced him to 25 years' confinement. The trial court certified that Burns had no right to appeal. *See* Tex. R. App. P. 25.2(a)(2).

---

[1]*See* Tex. R. App. P. 47.4.

Burns filed a pro se notice of appeal on June 27, 2014. On July 11, 2014, we notified Burns's trial counsel and Burns that Burns had filed a notice of appeal, that the trial court certified that Burns had no right to appeal, and that we would dismiss the appeal unless Burns or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal no later than July 21, 2014. *See* Tex. R. App. P. 25.2(d), 44.3.

As of the date of this memorandum opinion, we have received no response to our notice. There is no showing that Burns's sentence exceeded the State's recommendation, that Burns desires to appeal a matter that was raised by written motion filed and ruled on before trial, or that the trial court granted Burns permission to appeal. *See* Tex. R. App. P. 25.2(a)(2). Thus, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL: GABRIEL, J.;LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 21, 2014

2